**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **CASE NO. 4:26cr43-MW**

**IAN NATHANIEL GRICE.**
**_______________________________/**

**MOTION TO CONTINUE TRIAL SETTING**

COMES NOW the Defendant, by and through the undersigned legal counsel, and respectfully moves the Court to continue the above-captioned cause of action on the following grounds:

1. Mr. Grice is currently scheduled for trial on September 21, 2026.
2. This is the first trial setting and counsel seeks to have the trial rescheduled due to a calendar conflict. The undersigned is scheduled for trial in another jurisdiction the week of September 21, 2026.
3. Counsel has been in contact with Assistant United States Attorney, Eric Welch. Mr. Welch does not oppose this continuance request and has other matters set for trial during the September trial period.

4. Additionally, counsel and Mr. Welch communicated regarding a potential reset date and respectfully request the trial be set for trial in the latter part of October.
5. Counsel has spoken with Mr. Grice regarding this request and his speedy trial rights, and he agrees that it is in his best interest to waive his speedy trial rights and seek this continuance.
6. This request is made in good faith for the reasons stated herein and is not intended to vex or harass the Court or the government.

WHEREFORE, Mr. Grice respectfully requests this matter be continued to a trial calendar in October.

Respectfully submitted,

By: */s/ John M. Leace*

## WORD COUNT CERTIFICATION

This document complies with word limits set forth in N.D. Fla. Local Rule 7.1(F), and contains 222 words, which includes the headings, footnotes, and quotations, but does not include the case style, signature block or Certificates of Word Count and Service.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record through the electronic service utilizing the Court's CM/ECF system on this 22nd day of August, 2026.

*/s/ John M. Leace*

**John M. Leace**
Florida Bar No. 172626
414 N. Meridian Street
Tallahassee, Florida 32301
Telephone: (850) 577-3555
Facsimile: (850) 577-1695
Primary E-Mail: John@leacelaw.com
Secondary E-Mail: Gretchen@leacelaw.com

*Attorneys for Defendant*