**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 4:26cr43-MW/MAF**

**IAN NATHANIEL GRICE,**

***Defendant*.**
_____________________________/

## ORDER GRANTING MOTION TO CONTINUE TRIAL

This Court has considered, without hearing, the Defendant's unopposed motion to continue trial. ECF No. 18. This Court finds a continuance of the trial currently scheduled for September 21, 2026, is appropriate for the reasons stated in the motion, and that the ends of justice that will be served by granting the continuance outweigh the interests of the public and Defendant in a speedier trial. Accordingly, the motion to continue trial is **GRANTED**. The Clerk shall re-notice the trial for **Monday, October 26, 2026.**

**SO ORDERED on August 24, 2026.**

**s/Mark E. Walker**
**United States District Judge**