**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**IAN NATHANIEL GRICE**

**Case No. 4:26-cr-43-MW**

## UNOPPOSED MOTION FOR DISCOVERY PROTECTIVE ORDER

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Federal Rule of Criminal Procedure 16(d)(1) and requests a protective order restricting how the defense may disseminate certain sensitive discovery materials. As grounds therefore, the Government states:

1. On June 2, 2026, an indictment was returned charging the Defendant with arson and interstate travel in aid of racketeering activity. (ECF No. 1).

2. The Defendant was arraigned on August 11, 2026, and Defense counsel subsequently requested discovery from the government on behalf of the Defendant.

3. The government's discovery materials contain both personally identifiable information, such as names, addresses, social security numbers, as well as financial information, such as bank account numbers and corresponding personal identification numbers. To comply with the Defense's discovery request, the Government has three options: (1) require defense to inspect the materials in the United States Attorney's

Office; (2) redact the subject materials, which could inadvertently result in redacting information needed by the defense; or (3) request permission from the Court to provide the materials subject to a Protective Order prohibiting defense counsel from providing the materials to any person outside their office, except for any expert retained or consulted by the defense.

4. Federal Rule of Criminal Procedure 16(d) authorizes this Court to restrict discovery or inspection upon a showing of good cause. The government's proposed protective order would allow defense counsel to show materials to the Defendant to prepare for trial but would not allow defense counsel to give the Defendant copies of the materials or allow the Defendant to otherwise make recordings or take photographs of the materials, and would preclude defense counsel from otherwise sharing the discovery material outside of the defense team.

5. John Leace, counsel for the Defendant, has been consulted and does not object to the proposed protective order.

WHEREFORE, for the above listed reasons, the undersigned requests that this

Honorable Court grant the requested protective order pursuant to Federal Rule of Criminal Procedure 16(d)(1).

RESPECTFULLY SUBMITTED, this 8th day of September, 2026.

JOHN P. HEEKIN
United States Attorney

*/s/ Eric W. Welch*
ERIC W. WELCH
Assistant United States Attorney
Virginia Bar No. 71544
U.S. Attorney's Office - NDFL
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430
eric.welch@usdoj.gov

**STATEMENT OF CONSULTATION**

On September 2, 2026, pursuant to Local Rule 7.1(B), the undersigned counsel consulted with defense counsel, who has no objection to the proposed order.

*/s/ Eric W. Welch*
ERIC W. WELCH
Assistant United States Attorney

**CERTIFICATE OF SERVICE AND WORD COUNT**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the Attorneys for the Defendants electronically via ECF on this 8th day of September, 2026, and that this memorandum contains 538 words.

*/s/ Eric W. Welch*
ERIC W. WELCH
Assistant United States Attorney