**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 4:26cr43-MW/MAF**

**IAN NATHANIEL GRICE,**

***Defendant.***
______________________________/

**PROTECTIVE ORDER CONCERNING DISCLOSURE OF DISCOVERY INFORMATION**

This Court has considered, without hearing, the Government's Unopposed Motion for Discovery Protective Order. ECF No. 21. The motion is **GRANTED** as follows:

1. To aid in the exchange of discovery in this case, the Government is permitted to provide unredacted copies of its discovery materials, which contain names, social security numbers, addresses, and other personally identifiable information of uncharged individuals to defense counsel.

2. Defense counsel may not provide copies of said materials to any persons outside of their office except for any defense experts who are retained and/or consulted on this case, with further order that such experts are prohibited from disseminating said discovery materials outside their office, and upon conclusion of this case, all discovery materials must be returned to defense counsel's office.

3. In the event it is necessary for defense counsel to provide copies of the materials to the Defendant, counsel may do so. However, prior to doing so, defense counsel must redact the personal identifying information, including names, social security numbers, dates of birth, addresses, and any other personally identifiable information of any victim or uncharged individual. However, defense counsel may review said materials with the Defendant without first needing to redact the personal identifying information and financial information, so long as the review of the material is done in-person and the Defendant is not given any material to retain, copy, or possess after the in-person review concludes.

**SO ORDERED on September 8, 2026.**

**s/Mark E. Walker**
**United States District Judge**