**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **CASE NO. 4:26cr43-MW**

**IAN NATHANIEL GRICE.**
**_______________________________/**

## MOTION TO CONTINUE TRIAL SETTING

COMES NOW the Defendant, by and through the undersigned legal counsel, and respectfully moves the Court to continue the above-captioned cause of action on the following grounds:

1. Mr. Grice is currently scheduled for trial on October 26, 2026.
2. This is the second trial setting and counsel seeks to have the trial rescheduled due to the need for additional preparation time for the defense.
3. Counsel has been in contact with Assistant United States Attorney, Eric Welch. Mr. Welch does not oppose this continuance request and is aware of other trials set to be conducted during the October trial period.
4. Additionally, counsel and Mr. Welch communicated regarding a potential reset date and the parties respectfully request the trial be set for trial in January 2027.

5. Counsel has spoken with Mr. Grice regarding this request and his speedy trial rights, and he agrees that it is in his best interest to waive his speedy trial rights and seek this continuance.
6. This request is made in good faith for the reasons stated herein and is not intended to vex or harass the Court or the government.

WHEREFORE, Mr. Grice respectfully requests this matter be continued to a trial calendar in January.

Respectfully submitted,

By: */s/ John M. Leace*

**WORD COUNT CERTIFICATION**

This document complies with word limits set forth in N.D. Fla. Local Rule 7.1(F), and contains 208 words, which includes the headings, footnotes, and quotations, but does not include the case style, signature block or Certificates of Word Count and Service.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record through the electronic service utilizing the Court's CM/ECF system on this 28th day of September, 2026.

*/s/ John M. Leace*

**John M. Leace**
Florida Bar No. 172626
414 N. Meridian Street
Tallahassee, Florida 32301
Telephone: (850) 577-3555
Facsimile: (850) 577-1695
Primary E-Mail: John@leacelaw.com
Secondary E-Mail: Gretchen@leacelaw.com

*Attorneys for Defendant*